USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JAMES ANTHONY SMALE, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

SPORTRADAR GROUP AG, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-4112-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 17, 2026, members of the putative class filed two separate motions to serve as lead plaintiff (or lead plaintiffs) and to appoint lead counsel. Dkt. No. 10 (Rick Scharff); Dkt. No. 13 (Arkansas Public Employees Retirement System and Arkansas Teacher Retirement System).

Any opposition to these motions for the appointment of lead plaintiff and the appointment of lead counsel is due no later than July 29, 2026. Any reply is due no later than August 5, 2026. Counsel for the named plaintiff, James Anthony Smale, is directed to serve a copy of this order on each of the defendants.

SO ORDERED.

Dated: July 23, 2026
New York, New York

_______________________________
GREGORY H. WOODS
United States District Judge