USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES ANTHONY SMALE, Individually and on behalf of All Others Similarly Situated,

Plaintiff,

v.

SPORTRADAR GROUP AG, CARSTEN KOERL, and CRAIG FELENSTEIN,

Defendants.

Case No.: 1:26-cv-04112-GHW

CLASS ACTION

**ORDER GRANTING THE MOTION OF THE ARKANSAS FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

Having considered the motion of Arkansas Public Employees' Retirement System and Arkansas Teacher Retirement System (the "Arkansas Funds") for appointment as Lead Plaintiff and approval of selection of Co-Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Naumon A. Amjed in support thereof, with exhibits, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is **GRANTED**;

2. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), the Arkansas Funds are appointed as Lead Plaintiff in the above-captioned matter and any subsequently filed or transferred actions that are related to the above-captioned matter;

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Kessler Topaz Meltzer & Check, LLP and Berger Montague PC are approved as Co-Lead Counsel for the class. Co-Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Co-Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

(a) to brief and argue motions;

(b) to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

(c) to direct and coordinate the examination of witnesses in depositions;

(d) to act as spokesperson at pretrial conferences;

(e) to consult with and employ experts;

(f) to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees;

(g) to initiate and conduct any settlement negotiations with defendants' counsel; and

(h) to perform such other duties as may be expressly authorized by further order of this Court.

4. No motions, requests for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 10 and 13.

**IT IS SO ORDERED**.

Dated: August 10, 2026

HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE